## DOUGHTY v. MAXWELL, WARDEN.

No. 516, Misc.   Decided April 22, 1963.

Petitioner *pro se.*

*Mark McElroy,* Attorney General of Ohio, and *James E. Rattan,* Assistant Attorney General, for respondent.

PER CURIAM:

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted. The judgment is vacated and the case is remanded for further consideration in light of *Gideon* v. *Wainwright,* 372 U. S. 335.